**This order is SIGNED.**

Dated: January 2, 2020



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>GWEN SAUNDERS<br><br>Debtor | CASE NO: 19-22142<br><br>Chapter 13<br><br>Hon. KEVIN R. ANDERSON |

### STIPULATED ORDER TO INCREASE PLAN PAYMENTS

Based on the stipulation between the Standing Chapter 13 Trustee for the above captioned case, and the Debtor, by and through counsel DAVID M. COOK, it is hereby ORDERED that the Debtor shall increase the monthly plan payment from $960.00 per month to $1,001.00 per month commencing with the payment that comes due on January 25, 2020.

APPROVAL AS TO FORM

/S/ LON A. JENKINS                                          *(BY ONLINE ENDORSEMENT)*
_____                _____
Chapter 13 Trustee                                          DAVID M. COOK
                                                                        Attorney for the Debtor

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be to all parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

DAVID M. COOK,  ECF Notification

LON A. JENKINS - ECF NOTIFICATION

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursuant to FRCP 5(b)

GWEN SAUNDERS, 256 E 1450 N , LAYTON, UT  84041

*Stipulated Order to Increase Plan Payments*
*Case No. 19-22142*
*Printed by Natalie*